UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **BRIAN WRIGHT,**<br><br>Plaintiff,<br><br>v.<br><br>**AON HEWITT ABSENCE MANAGEMENT, LLC; THE BOEING COMPANY; AETNA LIFE INSURANCE COMPANY; and DOES 1 to 10, inclusive,**<br><br>Defendants. | Case No.<br>CV 17-01856 AG (JPRx)<br><br><br>**JUDGMENT** |

On March 31, 2018, the Court issued an "Order Reversing Administrator's Denial of Long Term Disability Benefits." (Dkt. No. 48.) Judgment is now entered in favor of Plaintiff Brian Wright and against Defendant Aetna Life Insurance Company (or "Aetna"), *see* Fed. R. Civ. P. 54, 58, 79(a), as set forth in the Order Reversing Administrator's Denial of Long Term Disability Benefits. (Dkt. No. 48.)

The Court REMANDS to Aetna for a determination of Plaintiff's long term disability benefits as of March 4, 2018 that complies with the Employee Retirement Income Security

1

Act of 1974 (or "ERISA").

The Court further ORDERS Aetna to pay Plaintiff past long term disability benefits due and owing to Plaintiff under the applicable plan, subject to any offsets, from March 4, 2016 through March 3, 2018.

Dated April 30, 2018

Hon. Andrew J. Guilford
United States District Judge